FILED
2026 Jun-23 PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; CHINQUAPIN MUSIC; BOY ROCKING MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; COMBINE MUSIC CORP.; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; OLE MEDIA MANAGEMENT LP d/b/a BIG BORASSA MUSIC; EMI BLACKWOOD MUSIC INC., <br><br> Plaintiffs, <br><br> v. <br><br> LARRY'S MUSIC HALL LLC d/b/a LARRY'S MUSIC HALL, BRANDIN C. KEEL, individually, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> **COMPLAINT** |

Plaintiffs, by their attorneys, for their Complaint against Defendant, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.    Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI, as agent for Broadcast Music, LLC, has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.    The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6.    Plaintiff Combine Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7.    Plaintiff Fourteenth Hour Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8.    Plaintiff Springtime Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9.    Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10.    Plaintiff Ole Media Management LP is a limited partnership d/b/a Big Borassa Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11.     Plaintiff Chinquapin Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12.     Plaintiff Boy Rocking Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13.     Defendant Larry's Music Hall LLC is a limited liability company organized and existing under the laws of the state of Alabama, which operates, maintains and controls an establishment known as Larry's Music Hall, located at 6000 Alabama 202, Anniston, Alabama 36201, in this district (the "Establishment").

14.     In connection with the operation of the Establishment, Defendant Larry's Music Hall LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15.     Defendant Larry's Music Hall LLC has a direct financial interest in the Establishment.

16.     Defendant Brandin C. Keel is a member of Defendant Larry's Music Hall LLC with responsibility for the operation and management of that limited liability company and the Establishment.

17.     Defendants Brandin C. Keel has the right and ability to supervise the activities of Defendant Larry's Music Hall LLC and a direct financial interest in that limited liability company and the Establishment.

<u>CLAIMS OF COPYRIGHT INFRINGEMENT</u>

18.     Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 17.

19.     Since November 2024, BMI has reached out to Defendants over Fifty (50) times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire.  Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

20.     Plaintiffs allege four (4) claims of willful copyright infringement, based upon Defendant's unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendant.

21.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the Four (4) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

22.    For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

23.    For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

24.    For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

25.    For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

26.    The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)    Plaintiffs have such other and further relief as is just and equitable.


Dated: June 23, 2026                    **JAMES P. PEWITT, LLC**


                                        /s/*James P. Pewitt*
                                        James P. Pewitt, Esq.
                                        Two North Twentieth
                                        2 20th Street North, Suite 925
                                        Birmingham, AL 35203
                                        (205) 874-6686
                                        jim@jamespewitt.com

                                        *Attorney(s) for Plaintiffs*

6

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Baby Likes To Rock It |
| Line 3 | Writer(s) | Steve Ripley; Walt Richmond |
| Line 4 | Publisher Plaintiff(s) | Walter Allen Richmond d/b/a Chinquapin Music; Paul Steven Ripley d/b/a Boy Rocking Music; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 10/13/94 |
| Line 6 | Registration No(s). | PA 730-793 |
| Line 7 | Date(s) of Infringement | 05/02/2026 |
| Line 8 | Place of Infringement | Larry's Music Hall |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Help Me Make It Through The Night |
| Line 3 | Writer(s) | Kris Kristofferson |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 6/22/70 |
| Line 6 | Registration No(s). | Ep 273874 |
| Line 7 | Date(s) of Infringement | 05/02/2026 |
| Line 8 | Place of Infringement | Larry's Music Hall |

Line 1    Claim No.                                                3

Line 2    Musical Composition        Mustang Sally

Line 3    Writer(s)                          Bonny Rice

Line 4    Publisher Plaintiff(s)         Fourteenth Hour Music Inc.; Springtime Music, Inc.

Line 5    Date(s) of Registration     4/27/93          3/22/65

Line 6    Registration No(s).            RE 627-422      Eu 873659

Line 7    Date(s) of Infringement     05/02/2026          05/02/2026

Line 8    Place of Infringement        Larry's Music Hall

---

Line 1    Claim No.                                                4

Line 2    Musical Composition        Kiss My Country Ass

Line 3    Writer(s)                          Jonathan Stone; Rhett Akins; Dallas Davidson

Line 4    Publisher Plaintiff(s)         Warner-Tamerlane Publishing Corp.; Ole Media Management LP d/b/a Big Borassa Music; EMI Blackwood Music Inc.

Line 5    Date(s) of Registration     8/8/05

Line 6    Registration No(s).            PAu 2-973-694

Line 7    Date(s) of Infringement     05/02/2026

Line 8    Place of Infringement        Larry's Music Hall